+

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHLEEN MURPHY,

    Plaintiff,

    v.

SHASTA COMMUNITY HEALTH CENTER, et al.,

    Defendants.

No. 2:13-CV-0412-CMK

ORDER

    Plaintiff, proceeding with retained counsel, brings this civil action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c). The order reassigning this case to the undersigned upon consent of the parties vacated the scheduled dates previously set before the District Court. No scheduling conference has been held, and there is no current schedule in place for this case. Following resolution of the motion to dismiss, the defendants filed an answer, and this case needs to be scheduled.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    A Status (Pretrial Scheduling) Conference is set for September 3, 2014, at 10:00 a.m., before the undersigned in Redding, California;

1

2. The parties shall submit a Joint Status Report pursuant to Local Rule 240, at least seven (7) days prior to the Status Conference, addressing the subjects identified therein and any others the parties deem necessary; and

3. Counsel are informed that telephonic appearances through Court Call are acceptable for the status conference.

DATED: July 24, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2