1  MARK S. POSARD (SBN: 208790)
   mposard@gordonrees.com
2  MOLLIE BURKS-THOMAS (SBN: 222112)
   mburks-thomas@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendants
   SHASTA COMMUNITY HEALTH CENTER AND
7  DR. RON SAND

8  ANTHONY J. POIDMORE (SBN: 51346)
   LAW OFFICES OF ANTHONY J. POIDMORE
9  A professional law corporation
   1520 Eureka Road, Suite 101
10 Roseville, CA 95661
   Telephone: (916) 787-1290
11 facsimile: (916) 787-1293

12 Attorneys for Plaintiff KATHLEEN MURPHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| KATHLEEN MURPHY, | ) CASE NO.:  2:13-CV-0412-CMK |
|---|---|
| Plaintiff, | ) **JOINT STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM; ORDER** |
| vs. | |
| SHASTA COMMUNITY HEALTH CENTER, et al., | |
| | ) Complaint Filed:  February 28, 2013 |
| Defendants. | ) Magistrate Judge Craig M. Kellison |

Plaintiff Kathleen Murphy ("Plaintiff") and Defendants Shasta Community Health Center and Dr. Ron Sand ("Defendants") through their respective counsel of record, hereby stipulate and request that the Court enter an order to refer the above-captioned matter to the Eastern District's Voluntary Dispute Resolution Program ("VDRP") pursuant to Local Rule 271.

-1-
JOINT STIPULATION TO ELECT REFERRAL TO VDRP; ORDER      Case No. 2:13-CV-00412-CMK

1  Therefore, IT IS HEREBY STIPULATED by and between all the parties to this
2  action to refer this matter to the Eastern District's Voluntary Dispute Resolution
3  Program.

Dated:  August 26, 2014                GORDON & REES LLP

By ___/s/  Mark S. Posard___
    MARK S. POSARD
Attorneys for Defendants SHASTA
COMMUNITY HEALTH CENTER and DR.
RON SAND

Dated:  August 26, 2014                LAW OFFICES OF ANTHONY J.
POIDMORE
A Professional Law Corporation

By ___/s/   Anthony J. Poidmore___
    ANTHONY J. POIDMORE
Attorney for Plaintiff KATHLEEN MURPHY

**ORDER**

Based upon the above stipulation of the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** that this action be referred to the Eastern District's Voluntary Dispute Resolution Program.

**IT IS SO ORDERED.**

**Dated: September 4, 2014**

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE