MARK S. POSARD (SBN: 208790)
mposard@gordonrees.com
MOLLIE M. BURKS (SBN: 222112)
mburks@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
SHASTA COMMUNITY HEALTH CENTER AND
DR. RON SAND

ANTHONY J. POIDMORE (SBN: 51346)
LAW OFFICES OF ANTHONY J. POIDMORE
A professional law corporation
1520 Eureka Road, Suite 101
Roseville, CA 95661
Telephone: (916) 787-1290
facsimile: (916) 787-1293

Attorneys for Plaintiff KATHLEEN MURPHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN MURPHY,<br><br>                Plaintiff,<br><br>vs.<br><br>SHASTA COMMUNITY HEALTH CENTER, et al.,<br><br>                Defendants. | CASE NO.: 2:13-CV-0412-CMK<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES IN PRE-TRIAL SCHEDULING ORDER; ORDER**<br><br>Complaint Filed: February 28, 2013<br><br>Magistrate Judge Craig M. Kellison |

Plaintiff Kathleen Murphy ("Plaintiff"), by and through her attorney Anthony Poidmore, and Defendants Shasta Community Health Center and Dr. Ron Sand ("Defendants"), by and through their attorneys Gordon & Rees LLP, hereby stipulate and seek Court approval for the following:

-1-

STIPULATION TO EXTEND DISCOVERY DEADLINE    Case No. 2:13-CV-00412-CMK

## **STIPULATION**

Since this Court's Scheduling Order of September 4, 2014, the Parties have engaged in discovery. The Parties wish to continue discovery and to meet and confer regarding some outstanding discovery issues. Accordingly, the Parties request to modify the Scheduling Order as follows:

1. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by July 30, 2015.

Dated: June 2, 2015　　　　　　　　　GORDON & REES LLP

By ＿＿/s/ Mark S. Posard＿＿＿＿＿
　　　MARK S. POSARD
Attorneys for Defendants SHASTA COMMUNITY HEALTH CENTER and DR. RON SAND

Dated: June 2, 2015　　　　　　　　　LAW OFFICES OF ANTHONY J. POIDMORE
A Professional Law Corporation

By ＿＿/s/ Anthony J. Poidmore (as authorized on June 2, 2015)＿＿＿
　　　ANTHONY J. POIDMORE
Attorney for Plaintiff KATHLEEN MURPHY

# ORDER

Accordingly, for good cause and pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that:

2. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by July 30, 2015.
3. All other dates set forth in the Court's September 4, 2014 Scheduling Order shall remain the same.

IT IS SO ORDERED.

Dated:  June 10, 2015

*/s/ Craig M. Kellison*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE