MARK S. POSARD (SBN: 208790)
mposard@gordonrees.com
MOLLIE BURKS-THOMAS (SBN: 222112)
mburks-thomas@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
SHASTA COMMUNITY HEALTH CENTER AND
DR. RON SAND

ANTHONY J. POIDMORE (SBN: 51346)
LAW OFFICES OF ANTHONY J. POIDMORE
A professional law corporation
1520 Eureka Road, Suite 101
Roseville, CA 95661
Telephone: (916) 787-1290
facsimile: (916) 787-1293

Attorneys for Plaintiff KATHLEEN MURPHY

**UNITES STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN MURPHY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SHASTA COMMUNITY HEALTH CENTER, DR RON SAND, AND ROBIN GLASCO,<br><br>　　　　　　　Defendants. | CASE NO.: 2:13-CV-0412-CMK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br>Complaint Filed: February 28, 2013<br>Trial Date:　　　 January 25, 2016 |

1

1   IT IS HEREBY STIPULATED by the parties, Plaintiff KATHLEEN MURPHY and
2   Defendants SHASTA COMMUNITY HEALTH CENTER and DR. RON SAND by and
3   through their counsel of record, that this Court enter a dismissal of Plaintiff's Complaint with
4   prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear its own fees and costs.

Respectfully submitted,

DATED: October 6, 2015           **LAW OFFICES OF ANTHONY J. POIDMORE**
                                 **A Professional Law Corporation**

By:___/s/ Anthony J. Poidmore_____
    ANTHONY J. POIDMORE
    Attorney for Plaintiff KATHLEEN MURPHY

Dated:  October 6, 2015          **GORDON & REES LLP**

By ____/s/  Mark S. Posard_____
    MARK S. POSARD
    Attorneys for Defendants SHASTA COMMUNITY
    HEALTH CENTER and DR. RON SAND

## **ORDER**

Pursuant to stipulation by the parties, the parties' joint stipulation is GRANTED and this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41, with each party to bear its own fees and costs. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:  October 8, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE